**Electronically Filed**
**Supreme Court**
**SCWC-23-0000347**
**20-MAY-2026**
**03:40 PM**
**Dkt. 20 ODSMR**

SCWC-23-0000347

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WEI LING FUNG,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,

vs.

WA CHAM HOI,
Respondent/Defendant/Counterclaimant/
Third-Party Plaintiff-Appellee,

and

FUGANG XIA aka SUMMER,
Petitioner/Third-Party Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000347; CASE. NO. 1DRC-21-0003362)

ORDER DISMISSING MOTION
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy)

Upon consideration of Petitioners' "Motion for

Clarification or, in the Alternative, Recall of Order Denying

Certiorari," which we construe as a motion for reconsideration of the order rejecting certiorari filed on April 20, 2026, Respondent's opposition, and the record herein,

It is ordered that the Motion is dismissed. <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court. The rejection of an application for certiorari shall be final.").

It is further ordered that Respondent's request for attorney fees and costs is denied.

DATED: Honolulu, Hawaiʻi, May 20, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jeannette H. Castagnetti



2